# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**TERRY L. WALLACE**  PLAINTIFF
**ADC #177542**

v.  No. 3:22-cv-233-DPM

**SHAWN HUNT**, Jailer, Greene County
Detention Center and **STEVE FRANKS**,
Sheriff, Greene County Detention Center  DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Wallace hasn't filed an amended complaint; and the time to do so has passed. *Doc. 3*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 October 2022