# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**TERRY L. WALLACE**                                                **PLAINTIFF**
**ADC #177542**

v.                      **No. 3:22-cv-233-DPM**

**SHAWN HUNT, Jailer, Greene County**
**Detention Center and STEVE FRANKS,**
**Sheriff, Greene County Detention Center**          **DEFENDANTS**

## JUDGMENT

Wallace's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 October 2022